IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ANDREW SOSA,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:24-CV-1203-L-BT** |
| § | |
| **AT&T,** *et al.*, § | |
| § | |
| Defendants. § | |

### **ORDER**

On December 20, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") was entered, recommending that Defendants' Motion to Dismiss or, Alternatively, Motion to Transfer ("Motion") (Doc. 5) be granted to the extent that transfer to the United States District Court for the Northern District of California is sought pursuant to 28 U.S.C. § 1404(a) and a forum-selection clause. The magistrate judge also recommended that the court leave Plaintiff's Motion to Bifurcate and Amend (Doc. 10), filed July 30, 2024, for the transferee court to resolve. No objections to the Report were filed, and the deadline for filing objections has expired.

Having reviewed the Motion, pleadings, record, file, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion (Doc. 5), but only to the extent that the court determines that this action, including Plaintiff's Motion to Bifurcate and Amend (Doc. 10), should be and are hereby **transferred**, pursuant to 28 U.S.C. § 1404(a) and the forum-selection clause at issue, to the United States District Court for the Northern District of California. Defendants' Motion is otherwise **denied as moot** to the extent that dismissal on the merits is sought in the alternative. The clerk of the court **shall** effect the transfer in accordance with the usual procedure.

**It is so ordered** this 7th day of February, 2025.

*[Signature]*
Sam A. Lindsay
United States District Judge

Order – Page 2